**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Mark Marko

                                         Plaintiff,

v.                                              Case No.:
                                              1:25−cv−06526

                                              Honorable John Robert
                                              Blakey

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on Plaintiff's motion for default and default judgment [21] on 9/17/2025. For the reasons stated in open court, the Court denies without prejudice Plaintiff's motion [21] for entry of default and default judgment. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.